UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 96-506 |
| | : | |
| v. | : | Honorable Jose L. Linares |
| | : | |
| CLINTON E. MCGRUDER | : | ~~Proposed~~ Order |

The Court has received and reviewed defendant Clinton E. McGruder's letter motion [docket entry # 35] to obtain a copy of Court's case file and to vacate, set aside or correct his sentence. After consideration of defendant Clinton E. McGruder's request and the Government's response to this Court dated December 13, 2010 [docket entry #36],

IT IS on this 21 day of December, 2010

ORDERED that defendant Clinton E. McGruder may obtain a copy of the Court's case file from the Clerk of the Court; and

IT IS FURTHER ORDERED that Clinton E. McGruder's motion to vacate, set aside or correct the sentence imposed is denied.

HON. JOSE L. LINARES
United States District Judge